DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Gwynn<br><br>Case below:<br>182 N.C. App. 343 | No. 158P07 | 1. AG's Motion for Temporary Stay (COA06-403) | 1. Allowed 04/04/07<br>**361 N.C. 363** |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Allowed 11/08/07 |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. Allowed 11/08/07 |
| State v. Haislip<br><br>Case below:<br>186 N.C. App. ——<br>(2 October 2007) | No. 513P07 | AG's Motion for Temporary Stay (COA06-1488) | Allowed 10/19/07 |
| State v. Harrison<br><br>Case below:<br>185 N.C. App. ——<br>(21 August 2007) | No. 467P07 | Def's PDR Under N.C.G.S. 7A-31 (COA06-1492) | Denied 11/08/07 |
| State v. Hayes<br><br>Case below:<br>183 N.C. App. ——<br>(5 June 2007) | No. 323P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1152) | Denied 10/11/07 |
| State v. Hennis<br><br>Case below:<br>184 N.C. App. ——<br>(3 July 2007) | No. 342P07 | 1. AG's Motion for Temporary Stay (COA06-1134) | 1. Allowed 07/19/07<br>**361 N.C. 572**<br>Stay dissolved 10/11/07 |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Denied 10/11/07 |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. Denied 10/11/07 |
| State v. Hill<br><br>Case below:<br>185 N.C. App. ——<br>(7 August 2007) | No. 416A07 | 1. AG's NOA (Dissent) (COA06-1218) | 1. —— |
| | | 2. AG's Motion for Temporary Stay | 2. Allowed 08/23/07 |
| | | 3. AG's Petition for Writ of Supersedeas | 3. Allowed 08/23/07 |
| State v. Huckabee<br><br>Case below:<br>166 N.C. App. 281 | No. 536P04-2 | Def's PWC to Review the Decision of the COA (COA03-938) | Denied 10/11/07 |
| State v. Larry<br><br>Case below:<br>Forsyth County | No. 189A95-4 | Def's PWC to Review the Order of Forsyth County Superior Court | Denied 11/08/07 |
| State v. Lincoln<br><br>Case below:<br>184 N.C. App. ——<br>(3 July 2007) | No. 373A07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-1431) | 1. —— |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed 10/11/07 |